**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **L.W. individually and as parent and natural guardian of C.W., a minor,** | : | **No. 3:14cv1610** |
| **Plaintiffs** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **LACKAWANNA COUNTY, PENNSYLVANIA; LACKAWANNA COUNTY CHILDREN AND YOUTH SERVICES; J.D. MILLER; MICHELLE MATAY; ALEXIS TOMS; and T.G.,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

    **AND NOW**, to wit, this 1st day of April 2015, it is hereby ordered as follows:

    1) Plaintiffs' "Motion To Compel Subpoena and To Amend Subpoena Directed to Luzerne County Children and Youth Services" (Doc. 38) is hereby **GRANTED**.  The subpoena is deemed amended as set forth in plaintiffs' motion to include a request for production of the entire foster family file of G's. The Luzerne County Children and Youth Services is directed to respond to the subpoena within fourteen (14) days from the date of this order.

    2)  Luzerne County Children and Youth Service's "Motion To Quash Subpoena" (Doc. 37) is **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**

                                        **JUDGE JAMES M. MUNLEY
                                        United States District Court**