# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.W. INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF C.W., A MINOR,<br>Plaintiff,<br><br>v.<br><br>LACKAWANNA COUNTY, PENNSYLVANIA, et al.,<br>Defendants. | CIVIL ACTION NO. 3:14-CV-01610<br><br>(MUNLEY, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 19th day of May, 2015, upon consideration of the matters filed with the Court, and having heard from the parties on this issue, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that:

1. Defendants shall produce any outstanding verifications, the DEC sheet from Travelers and a coverage letter from Ironside by **May 22, 2015**;

2. Defendants shall produce all documents in existence that are responsive to Plaintiffs' document requests, including but not limited to document requests 8, 9, and 27 by **June 5, 2015**, together with verification that all responsive, non-privileged documents have been produced in their entirety. Any unresolved objections with respect to such documents shall be submitted to the court for review;

3. Plaintiffs' request for a bifurcated Rule 30(b)(6) deposition shall be held in abeyance pending Defendants' production of the aforementioned documents and Plaintiffs' review those documents produced. Should Plaintiffs discover that the document production is deficient, a renewed motion for a Rule 30 (b)(6) deposition may then be submitted to the Court;

4. Plaintiffs' request to conduct an additional twenty-two (22) depositions shall be **GRANTED** only with respect to those proposed individuals named in the list Plaintiffs provided to the Court at the discovery conference. Plaintiffs are directed to reduce the total number of deponents if it is discovered that certain deposition testimony would prove duplicative or unnecessary;

5. Defendants' request to compel the production of the notes taken by counsel for the Plaintiffs at the group meeting is **DENIED**. Further, the communications between the Plaintiffs, the two nonparty witnesses, and their shared counsel that took place at the group meeting is privileged, and therefore, not discoverable.

6. The Court will **DEFER** its ruling on Defendants' request for the production of the fee/retainer agreements until such time as the parties' have been given the opportunity to submit further briefing on the matter. Accordingly, the parties are directed to submit to the Court, on or before **Tuesday, May 26, 2015**, supplemental briefs <u>not to exceed five pages</u>, limited to addressing the relevancy of Plaintiffs' and the nonparty witnesses' fee/retainer agreements to Defendants' potential claims and defenses.

**Dated:** May 19, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**