# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.W. INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF C.W., A MINOR,<br><br>Plaintiff<br><br>v.<br><br>LACKAWANNA COUNTY, PENNSYLVANIA, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:14-CV-01610<br><br>(MUNLEY, J.)<br>(MEHALCHICK, M.J.) |

## **ORDER**

AND NOW, this 22nd day of October, 2015, upon hearing from the parties at a telephone discovery conference held before this Court on October 19, 2015, it is **HEREBY ORDERED** that:

1. In response to a discovery request served under the Rules of Civil Procedure, the parties to this litigation and/or their counsel are permitted to obtain confidential sensitive information including records from the Department of Public Welfare (hereinafter "DPW");

2. Plaintiffs shall return the sequestered documents to DPW within seven (7) days of receipt of this Order;

3. Within fourteen (14) days of receiving the sequestered documents, DPW must produce copies of the investigative files to Plaintiffs' counsel that redacts from those records the identifying characteristics of the reporting sources, the child victims, and alleged perpetrators. Should Plaintiffs' counsel discover that she is unable to follow the narrative of the investigative files without the

identifying information, Plaintiffs' counsel may address the issue with the Court at that time;[1]

4. DPW shall also produce copies of any investigative files pertaining to C.W., subject only to 23 Pa. Cons. Stat. Ann. § 6340(c), within fourteen (14) days following receipt of the sequestered documents from Plaintiffs;

5. The parties and/or their counsel are prohibited from using any document obtained with this Order for any purpose other than this litigation;

6. In conjunction with the prosecution and/or defense of this litigation, the parties and/or their counsel are permitted to re-disclose information to persons and/or entities including the following: any party to the litigation, counsel for any party to the litigation, non-expert witnesses, expert witnesses, counsel for any non-party to the litigation, the insurance carrier(s) for any party to the litigation, any other person permitted by other order of the Court and the Court;

7. At the end of this litigation (including any and all appeals), the parties and/or their counsel and any other persons who possess the records will either return the records to the covered entity or destroy the records (including all copies made) which are in their control;

Dated: October 22, 2015                                       *s/Karoline Mehalchick*
                                                              **KAROLINE MEHALCHICK**
                                                              **United States Magistrate Judge**

---

[1] As Plaintiffs have not indicated that they wish to contact or depose specific individuals referenced in those investigative files, the Court will defer any ruling with respect to the disclosure of the identifying information of those individuals at this time.